IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA

---

James R. Watson, Jr.,
 Plaintiff, Pro Se

v.

Blue Cross Blue Shield of South Carolina,
 Defendant.

APR 14 '26 PM 1:02
FILED - USDC FLO SC

---

# COMPLAINT FOR DAMAGES AND INJUNCTIVE RELIEF

---

## I. JURISDICTION AND VENUE

1. This Court has jurisdiction under 28 U.S.C. § 1331 (federal question), as this action arises under the Affordable Care Act (ACA), 42 U.S.C. § 18001 et seq., and related federal regulations governing federally facilitated exchanges.
2. Supplemental jurisdiction is proper under 28 U.S.C. § 1367 for related state law claims.
3. Venue is proper in this district under 28 U.S.C. § 1391, as Plaintiff resides in this district and the events occurred within South Carolina.

---

## II. PARTIES

4. Plaintiff, James R. Watson, Jr., is a resident of Florence, South Carolina.
5. Defendant, Blue Cross Blue Shield of South Carolina, is a corporation doing business in South Carolina and participates in the federally facilitated exchange.

---

## III. FACTUAL ALLEGATIONS

6. Plaintiff enrolled in Marketplace coverage beginning in 2023 through HealthCare.gov.
7. In 2023, Plaintiff was approved for and received advance premium tax credits ("APTC") averaging approximately $431 per month.
8. Plaintiff's enrollment, eligibility, and tax reporting were properly processed in 2023.
9. For the 2025 plan year, Plaintiff submitted a Marketplace application.
10. The Marketplace system reflects Plaintiff's application as "enrollment incomplete."

11. Despite this, Defendant maintained Plaintiff's enrollment in an active plan under a federally facilitated exchange (FFE) designation.
12. Plaintiff's premium tax credits were reduced to $0.00 without proper eligibility determination.
13. Defendant continued billing Plaintiff for full premiums despite the defective eligibility status.
14. Plaintiff has paid $4,133 out-of-pocket for premiums that should have been subsidized.
15. Plaintiff's total economic damages exceed $18,467, with ongoing losses.
16. Defendant knew or should have known that Plaintiff's eligibility status was inconsistent and failed to take corrective action.

# IV. CLAIMS FOR RELIEF

## COUNT I – NEGLIGENCE

17. Defendant owed Plaintiff a duty to administer insurance coverage consistent with federally regulated Marketplace requirements.
18. Defendant breached this duty by:
- Maintaining coverage under defective eligibility conditions
- Failing to ensure proper application of subsidies
- Continuing to bill full premiums
19. This breach directly caused Plaintiff financial harm.

## COUNT II – NEGLIGENCE PER SE (ACA VIOLATIONS)

20. The ACA and implementing regulations require accurate coordination between Marketplace eligibility and insurer billing.
21. Defendant's actions violated these requirements.
22. Plaintiff is within the class of persons the statute was designed to protect.
23. These violations constitute negligence per se.

## COUNT III – UNJUST ENRICHMENT

24. Defendant received payments that should have been reduced by federal subsidies.
25. Retention of these funds is inequitable.

# V. DAMAGES

26. Plaintiff has suffered:

- $4,133 in direct out-of-pocket losses
- Economic damages exceeding $18,467
- Ongoing financial harm

# VI. INJUNCTIVE RELIEF

27. Plaintiff requests corrective action including:
- Proper coordination of subsidy eligibility
- Correction of billing practices
- Compliance with ACA requirements

# VII. RELIEF REQUESTED

Plaintiff respectfully requests:

1. Compensatory damages
2. Reimbursement of $4,133
3. Additional damages exceeding $18,467
4. Injunctive relief
5. Costs and any further relief deemed just

# VIII. JURY DEMAND

Plaintiff demands trial by jury.

Respectfully submitted,

James R. Watson, Jr.
102 Magnolia Dr.
Florence, SC 29506
843-687-1264

Signature: _____

Date: _____ 4/14/26 _____

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

---

James R. Watson, Jr.,
 Plaintiff,

v.

Blue Cross Blue Shield of South Carolina,
 Defendant.

---

# CERTIFICATE OF SERVICE

I hereby certify that I have filed the foregoing Complaint, Civil Cover Sheet, Application to Proceed In Forma Pauperis, Motion for Service by U.S. Marshal, Summons, USM-285, Exhibit List, and all supporting Exhibits with the Clerk of Court for the Florence Division of the United States District Court for the District of South Carolina.

I further certify that, because I am proceeding in forma pauperis, I have requested that service of process be effected by the United States Marshal pursuant to 28 U.S.C. § 1915(d) and Federal Rule of Civil Procedure 4(c)(3).

Service is to be made upon the Defendant at the following address:

Blue Cross Blue Shield of South Carolina
 c/o Angela D. Rowe, Registered Agent
 I-20 at Alpine Rd, AA-270
 Columbia, SC 29219

I certify that this filing is submitted to the Clerk of Court for processing and service in accordance with federal law and court procedures.

---

Date: _4/14/26_

Respectfully submitted,

James R. Watson, Jr.
 102 Magnolia Dr.
 Florence, SC 29506
 843-687-1264

Signature: _____